# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada corporation, | Civil Action No. 5:23-cv-00650-FL |
| Plaintiffs, | |
| vs. | |
| CODE CONNECT SOLUTIONS LLC, a North Carolina limited liability company; LINK CODE SOLUTIONS LLC, a New Hampshire limited liability company; ABUL Q. ANSARI, an individual; and DOES 1-50, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC and Amazon Technologies, Inc. ("Amazon") and Defendants Code Connect Solutions LLC, Link Code Solutions LLC, and Abul Ansari (collectively "Defendants") hereby notify the Court that the parties have reached a settlement of all claims in this matter. Pursuant to the terms of that settlement, the parties will seek entry of an order on the parties' forthcoming Motion for Consent Injunction. Upon entry of the order, Amazon will file a notice of voluntary dismissal within seven days.

1

DATED: May 7, 2024

DAVIS WRIGHT TREMAINE LLP

By *s/ Shannon R. Joseph*
Bonnie E. MacNaughton (*admitted pro hac*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

John D. Freed (*admitted pro hac vice*)
50 California Street, Suite 2300
San Francisco, CA 94111
Phone: (415) 276-6532
Fax: (415) 276-6599
Email: jakefreed@dwt.com

Meagan A. Himes (*admitted pro hac vice*)
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Phone: (503) 778-5373
Fax: (503) 778-5299
Email: meaganhimes@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc.;*
*Amazon.com Services LLC; and Amazon*
*Technologies, Inc.*


MORNINGSTAR LAW GROUP

Shannon R. Joseph
N.C. State Bar No. 22144
sjoseph@morningstarlawgroup.com
John T. Kivus
N.C. State Bar No. 42977
jkivus@morningstarlawgroup.com
421 Fayetteville St., Suite 530
Raleigh, NC 27601
Telephone: (919) 590-0370
Facsimile: (919) 882-8890

*Local Civil Rule 83.1(d) Attorneys for*
*Plaintiffs Amazon.com, Inc.; Amazon.com*
*Services LLC; and Amazon Technologies, Inc.*

PARRY LAW PLLC

By *s/Amos G. Tyndall (with permission)*
Amos G. Tyndall
N.C. State Bar No. 19309
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
Phone: (919) 967-0504
Email: amos@amostyndall.com

*Attorney for Defendants Code Connect*
*Solutions Inc. and Abul Ansari*

2