# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CODE CONNECT SOLUTIONS LLC, a North Carolina limited liability company; LINK CODE SOLUTIONS LLC, a New Hampshire limited liability company; ABUL Q. ANSARI, an individual; and DOES 1-50, <br><br> Defendants. | Civil Action No. 5:23-cv-00650-FL |

## ORDER ENTERING PERMANENT INJUNCTION & RETAINING JURISDICTION

Pursuant to the parties' joint motion and stipulation for permanent injunction, IT IS HEREBY ORDERED that Defendants Code Connect Solutions LLC, Link Code Solutions LLC, Abul Ansari, and their directors, principals, officers, successors and assigns, and all others in active concert or participation with them, are enjoined and restrained from:

1.     Using any trademarks registered by or otherwise associated with Amazon (the "Amazon Trademarks") or any simulation, reproduction, counterfeit, copy, or colorable imitation of them, in any manner in connection with any advertising, marketing, offer for sale, promotion, display, publication, website, email, or software, without Amazon's prior written consent (which it has sole discretion to provide or withhold for any reason);

1

2.	Using any false designation of origin or false or misleading description or representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, email, advertisement, pop-up, or other marketing material has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3.	Engaging in any other activity constituting an infringement or dilution of any of the Amazon Trademarks, or of Amazon's rights in, or right to use or to exploit, such trademarks or services marks;

4.	Engaging in any other conduct involving the unauthorized use of Amazon Trademarks or other indicia of Amazon's brand to defraud or otherwise obtain payment from Amazon customers or other members of the public; and

5.	Aiding, assisting, or abetting any other person or business entity in engaging in or performing any of the activities listed above.

Upon entry of voluntary dismissal, this Court will retain jurisdiction to enforce the terms of settlement between the parties.


DATED THIS 15th day of May, 2024.


LOUISE W. FLANAGAN
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

Bonnie E. MacNaughton (*admitted pro hac*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone:  (206) 622-3150
Fax:  (206) 757-7700
Email:  bonniemacnaughton@dwt.com

John D. Freed (*admitted pro hac vice*)
50 California Street, Suite 2300
San Francisco, CA 94111
Phone:  (415) 276-6532
Fax:  (415) 276-6599
Email:  jakefreed@dwt.com

Meagan A. Himes (*admitted pro hac vice*)
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Phone:  (503) 778-5373
Fax: (503) 778-5299
Email:  meaganhimes@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc.;*
*Amazon.com Services LLC; and Amazon*
*Technologies, Inc.*


MORNINGSTAR LAW GROUP

Shannon R. Joseph
N.C. State Bar No. 22144
sjoseph@morningstarlawgroup.com
John T. Kivus
N.C. State Bar No. 42977
jkivus@morningstarlawgroup.com
421 Fayetteville St., Suite 530
Raleigh, NC 27601
Telephone: (919) 590-0370
Facsimile: (919) 882-8890

*Local Civil Rule 83.1(d) Attorneys for*
*Plaintiffs Amazon.com, Inc.; Amazon.com*
*Services LLC; and Amazon Technologies, Inc.*